IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CYNTHIA ANN SNOW                                                     PLAINTIFF

     v.                                     CIVIL NO. 10-5256

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                       DEFENDANT

## JUDGMENT

On December 23, 2010, Plaintiff commenced this action seeking judicial review of a decision of the Commissioner of Social Security (Commissioner) denying her application for disability benefits under the provisions of Titles II of the Social Security Act. (Doc. 1).

On May 4, 2011, Plaintiff filed a motion requesting that her case be dismissed. (Doc. 8). Plaintiff states Defendant does not object to the motion.

Based on the above, we hereby grant Plaintiff's motion and dismiss Plaintiff's case with prejudice.

IT IS SO ORDERED this 5th day of May 2011.

/s/ *Erin L. Setser*

HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

**AO72A**
**(Rev. 8/82)**